IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DANIEL K. SCHMIDT,**
    Petitioner,

vs.                           5:08cv63/RS/MD

**WALTER MCNEIL,**
    Respondent.

## O R D E R

This cause is before the court upon respondent's answer to petition for writ of habeas corpus (doc. 15). Before the court rules on this matter, the petitioner shall have an opportunity to respond.

Accordingly, it is ORDERED:

Petitioner shall have thirty (30) days from the date this order is entered on the docket in which to respond to the answer filed by respondent.

DONE AND ORDERED this 15th day of September, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE