IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL KEVIN SCHMIDT,

       Petitioner,

vs.                                          CASE NO. 5:08cv63/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

       Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 31). Petitioner has not filed objections despite having been afforded an extension of time to do so.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1), which challenges the disciplinary conviction dated January 23, 2007 (Disciplinary Report Log No. 161-070010) is **denied**.

3. The clerk is directed to close the file.

**ORDERED** on May 6, 2009.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**